UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-CR-00005 |
| | ) | JUDGE NIXON |
| | ) | |
| JOSEPH DANIEL VICARS | ) | |

MOTION TO SET PLEA HEARING

The defendant, Joseph Daniel Vicars, through counsel, hereby gives notice to this Honorable Court of his intent to enter a plea of guilty in the above-styled case and requests that a plea hearing date be set. This case is currently set for trial on Tuesday, August 28, 2012.

*[Handwritten: Granted. Set for September 6, 2012 at 10:00 a.m.]*

Respectfully submitted,

s/ Dumaka Shabazz
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2012, I electronically filed the foregoing Motion to Set Plea Hearing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Clay Lee, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203-3870.

s/ Dumaka Shabaz
DUMAKA SHABAZZ