UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3-12-00005 |
| ) | |
| JOSEPH DANIEL VICARS ) | |

ORDER

The Judgment and Commitment Order which was entered in the above-styled case on December 5, 2012, is hereby amended as follows: The defendant USM Number is 97731-004.

It is so ORDERED.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT